UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:19-cv-00290-LPS |
| BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.; PDV HOLDING, INC.; CITGO HOLDING, INC.; CITGO PETROLEUM CORPORATION; GLAS AMERICAS LLC, *in its capacity as collateral trustee*; MUFG UNION BANK, N.A., *in its capacity as indenture trustee*; and ROSNEFT TRADING, S.A., ORLANDO CHACIN; JESUS LUONGO; ANTON CASTILLO; EULOGIO DEL PINO; and MARIA DEL CARMEN MARTINEZ, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this stipulation is made by and between Plaintiff OI European Group B.V. ("OIEG") and Defendants PDV Holding, Inc. ("PDVH"), CITGO Holding, Inc. ("CITGO Holding"), and CITGO Petroleum Corporation ("CITGO") (collectively the "Appearing Defendants").

WHEREAS, Ms. Maria del Carmen Martinez has provided an affidavit, attached hereto as *Exhibit 1* (the "Martinez Affidavit"), which avers that she is not and has never served as a director of PDVH or CITGO Holding;

WHEREAS, this stipulation has been executed by counsel of behalf of all parties that have appeared in the above-captioned proceeding;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between OIEG and the Appearing Defendants that:

1. Ms. Martinez is dismissed from the above-captioned matter without prejudice;

2. OIEG may, upon motion and approval by this Court, amend its Complaint to rename Ms. Martinez as a defendant should OIEG discover evidence that, in its reasonable view, contradicts the Martinez Affidavit;

3. In such an event, all relevant statutes of limitations relating to claims alleged against Ms. Martinez will have been tolled to February 11, 2019, the date on which OIEG filed its original Complaint; and

4. This stipulation does not affect any of the allegations, claims, or counts in this action or pending motions or filings by OIEG with respect to any other Defendant.

Dated: May 7, 2019

| | |
|---|---|
| */s/ Jody Barillare* | */s/ Kenneth J. Nachbar* |
| Jody Barillare (#5107) | Kenneth J. Nachbar (#2067) |
| Morgan, Lewis & Bockius LLP | Alexandra M. Cumings (#6146) |
| The Nemours Building | MORRIS, NICHOLS, ARSHT & TUNNEL, LLP |
| 1007 N. Orange Street, Suite 501 | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 574-3000 | Wilmington, DE 19899 |
| jody.barillare@morganlewis.com | (302) 351-9294 |
| | knachbar@mnat.com |
| *Attorney for Plaintiff OI European Group B.V.* | acumings@mnat.com |
| | *Attorneys for Defendants PDV Holding, Inc., CITGO Holding, Inc., and CITGO Petroleum Corp.* |

SO ORDERED this _____ day of _____, 2019.

_____
The Honorable Leonard P. Stark, Chief Judge