# Morgan Lewis

**Jody C. Barillare**
Of Counsel
+1.302.574.7294
jody.barillare@morganlewis.com

July 16, 2019

**BY ECF AND OVERNIGHT MAIL**

Office of the Clerk
Attn: John A. Cerino
United States District Court for the District of Delaware
844 North King Street Unit 18
Wilmington, DE 19801-3570

Re:  **Request for Service of Process on Defendants Bolivarian Republic of Venezuela and Petroleos de Venezuela S.A. in OI European Group B.V. v. Bolivarian Republic of Venezuela, et al., No. 19-cv-290**

Dear Mr. Cerino:

I write on behalf of OI European Group B.V. ("OIEG") to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service in the above-captioned case on the Bolivarian Republic of Venezuela ("BROV") and Petroleos de Venezuela S.A. ("PDVSA") (together, "Defendants").

As explained in the Declaration of Arcangelo S. Cella, attached as Exhibit A, attempts to serve Defendants under 28 U.S.C. §§ 1608(a)(1)-(3) have proven unsuccessful or are unavailable. Specifically:

1. Service under 28 U.S.C. § 1608(a)(1) is unavailable in this case, as OIEG and Defendants do not have any "special arrangement for service;"

2. Service under 28 U.S.C. § 1608(a)(2) has proven unsuccessful, as the Venezuelan Central Authority has rejected OIEG's efforts to serve Defendants under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"); and

3. Service under 28 U.S.C. § 1608(a)(3) is unavailable because the BROV objected to service by mail when it acceded to the Hague Convention.

**Morgan, Lewis & Bockius LLP**
The Nemours Building
1007 N. Orange St., Suite 501
Wilmington, DE 19801          ☏ +1.302.574.3000

DB1/ 104780767.1

Office of the Clerk
July 16, 2019
Page 2

Accordingly, OIEG requests that the Clerk dispatch the alternative means of service provided for under 28 U.S.C. § 1608(a)(4), which applies when "service cannot be made within 30 days" under 28 U.S.C. § 1608(a)(3).

As provided in 28 U.S.C. § 1608(a)(4), the Clerk of the Court shall send two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign State (in this case a Spanish translation), "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." The Secretary of State shall then take steps to effect service through diplomatic channels.

Pursuant to 28 U.S.C. § 1608(a)(4), I have enclosed:

a) in connection with service on BROV:

- two copies of the Summons to BROV;
- two copies of the Complaint;
- two copies of the Civil Cover Sheet;
- two copies of the Notice of Suit to BROV;
- two copies of each document translated into Spanish, the official language of the Bolivarian Republic of Venezuela; and
- a check for $2,275 payable to the U.S. Department of State; and

b) in connection with service on PDVSA:

- two copies of the Summons to PDVSA;
- two copies of the Complaint;
- two copies of the Civil Cover Sheet;
- two copies of the Notice of Suit to PDVSA;
- two copies of each document translated into Spanish, the official language of the Bolivarian Republic of Venezuela; and
- a check for $2,275 payable to the U.S. Department of State.

Office of the Clerk
July 16, 2019
Page 3

Please take the necessary steps to dispatch these materials to effect service on Defendants pursuant to 28 U.S.C. § 1608(a)(4) by delivering these documents to:

    U.S. Department of State
    Office of Legal Affairs (CA/OCS/L)
    SA-17, 10th Floor
    2201 C Street, N.W.
    Washington, DC 20522-1710
    Attn: FSIA

For your convenience, I have enclosed an addressed envelope, for your use in transmitting the documents.

Respectfully,

*Jody C. Barillare*

Jody C. Barillare (#5107)

JCB/asc
Enclosures