# Morgan Lewis

**Jody C. Barillare**
Of Counsel
jody.barillare@morganlewis.com

May 18, 2020

**BY ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re:   *OI European Group B.V. v. Bolivarian Republic of Venezuela, et al.*, **Case No. 19-cv-290-LPS**

Dear Chief Judge Stark:

I write on behalf of OI European Group B.V. ("OIEG"), Plaintiff in the above-referenced proceeding.

On December 12, 2019, this Court entered an order staying this proceeding "until the conclusion of proceedings in the Supreme Court (i.e. the latest of (if applicable) the expiration of the time to file a petition for a writ of certiorari ('cert petition'), denial of such petition, or conclusion of proceedings following grant of such petition) [with respect to the Crystallex Asset Proceeding[1]] or further order of this or any other Court lifting the stay." *Crystallex Int'l Corp. v. PDV Holding Inc.*, 2019 WL 6785504 (D. Del. Dec. 12, 2019) ("Stay Order").

Today, the Supreme Court denied the cert petition with respect to the Crystallex Asset Proceeding. *See* Order List, May 18, 2020. In light of the foregoing, the stay of this proceeding has expired by its terms and OIEG respectfully requests that the Court set a scheduling conference, or require the defendants to respond to the Complaint in accordance with the Federal Rules of Civil Procedure, so that this case may proceed.[2]

---

[1] *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Case No. 17-mc-151.

[2] In 2019, certain defendants in this case moved for a stay of all proceedings pending the appeal of the Crystallex Asset Proceeding. The Stay Order and, now, the Supreme Court's denial of the cert petition have mooted the pending stay motion.

Morgan, Lewis & Bockius LLP

The Nemours Building
1007 N. Orange St., Ste. 501
Wilmington, DE 19801         ☎ +1.302.574.3000
United States                📠 +1.302.574.3001

The Honorable Leonard P. Stark
May 18, 2020
Page 2

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Jody C. Barillare*

Jody C. Barillare (#5107)

JCB

Enclosure

cc:     Counsel of Record (w/enclosure) (By CM/ECF)