# Morgan Lewis

**Jody C. Barillare**
+1.302.574.7294
jody.barillare@morganlewis.com

July 15, 2020

**VIA ECF**
Hon. Leonard P. Stark
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: ***OI European Group B.V. v. Bolivarian Republic of Venezuela et al.*, Case No. 1:19-cv-0290-LPS; *OI European Group B.V. v. Bolivarian Republic of Venezuela*, Case No. 1:19-mc-0290-LPS**

Dear Chief Judge Stark:

I write on behalf of Plaintiff OI European Group B.V. ("OIEG") to request a status teleconference to discuss how to proceed in the 19-cv-0290 case ("OIEG Fraudulent Transfer Case"), including lifting the stay and requiring defendants to file responsive pleadings.[1]  As ordered by the Court, the parties set forth their respective positions on these issues in the Joint Status Report filed on June 1, 2020 (D.I. 41).

OIEG understands that on Friday, July 17, 2020, the Court is holding a telephonic hearing on pending motions in the Crystallex Asset Proceeding (17-mc-151-LPS, *Crystallex International Corp. v. Bolivarian Republic of Venezuela*).  Given that the Court has previously held cross-case status conferences in these related cases, if the Court finds it appropriate and an efficient use of its time, OIEG is prepared to address the status of the OIEG Fraudulent Transfer Case at Friday's hearing.  Alternatively, OIEG requests that a status teleconference be held in the OIEG Fraudulent Transfer Case at the Court's earliest availability.

Counsel is available at the Court's convenience to answer any questions.

Respectfully submitted,

*/s/ Jody C. Barillare*

Jody C. Barillare (#5107)

---

[1] The next steps in the OIEG Attachment Case (19-mc-290) will depend on the Court's ruling on OIEG's pending motion for reconsideration.

**Morgan, Lewis & Bockius** LLP

1007 N. Orange St., Ste. 501
Wilmington, DE 19801     ☏ +1.302.574.3000
United States                       ✉ +1.302.574.3001