EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, *et al.*, <br><br> Defendants. | C.A. No. 19-00290-LPS |

**ORDER GRANTING PLAINTIFF'S MOTION REQUESTING THE COURT TO ISSUE LETTER ROGATORY IN ORDER TO EFFECT SERVICE OF THE SUMMONS AND COMPLAINT UPON DEFENDANT PETROLEOS DE VENEZUELA, S.A.**

Upon the motion (the "Motion"), dated October 10, 2019, of Plaintiff OI European Group B.V. ("OIEG"), seeking entry of an order issuing a letter rogatory pursuant to 28 U.S.C. § 1608(b)(3)(A), in order to effect service of the Summons and Complaint on Defendant Petróleos de Venezuela, S.A. ("PDVSA") pursuant to the Inter-American Convention on Letters Rogatory and the Additional Protocol, it is hereby:

ORDERED, that the Motion is granted in its entirety; and it is further

ORDERED, that the letter rogatory attached to the October 7, 2019, letter from Jody C. Barillare to the Office of the Clerk, Dkt. No. 28-1, shall be signed by the Court and stamped with the seal of the Court.

Dated: ~~October __, 2019~~
February 10, 2021

_____
U.S. District Court Judge Leonard P. Stark

DB1/ 107885546.2