IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, et al., <br><br> Defendants. | C.A. No. 19-cv-290-LPS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rules 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Cristina Vicens Beard, Fernando J. Menendez, and Edward H. Davis, Jr. of Sequor Law, P.A., 1111 Brickell Avenue, Suite 1250, Miami, Florida 33131, to represent OI European Group B.V. ("Plaintiff").

        Respectfully submitted,

*/s/ Jody Barillare*
Jody Barillare (#5107)
Kelsey A. Bomar (#6641)
**MORGAN, LEWIS & BOCKIUS LLP**
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
302-574-3000
302-574-3001
jody.barillare@morganlewis.com
kelsey.bomar@morganlewis.com

Dated:  February 22, 2021

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

                                                */s/ Cristina Vicens Beard*
                                                Cristina Vicens Beard
                                                **SEQUOR LAW, P.A**.
                                                1111 Brickell Avenue, Suite 1250
                                                Miami, Florida 33131
                                                (305) 372-8282
                                                cvicens@sequorlaw.com

Dated:  February 22, 2021

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

    /s/ Fernando J. Menendez
Fernando J. Menendez
**SEQUOR LAW, P.A.**
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
(305) 372-8282
fmenendez@sequorlaw.com

Dated:  February 22, 2021

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

                                             */s/ Edward H. Davis, Jr.*
                                             Edward H. Davis, Jr.
                                             **SEQUOR LAW, P.A.**
                                             1111 Brickell Avenue, Suite 1250
                                             Miami, Florida 33131
                                             (305) 372-8282
                                             edavis@sequorlaw.com

Dated:  February 22, 2021