IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, et al., <br><br> Defendants. | C.A. No. 19-cv-290-LPS |

**PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER (I) DECLARING THAT GLAS AMERICAS LLC AND MUFG UNION BANK N.A., HAVE BEEN TIMELY AND PROPERLY SERVED AND/OR WAIVED SERVICE THROUGH THEIR APPEARANCE IN THIS PROCEEDING, OR, IN THE ALTERNATIVE,
(II) EXTENDING TIME TO EFFECT SERVICE**

Plaintiff, OI European Group B.V. ("Plaintiff"), pursuant to Rule 4 of the Federal Rules of Civil Procedure, respectfully moves the Court (the "Motion") for entry of an order (i) declaring that service on GLAS Americas LLC ("GLAS") and MUFG Union Bank N.A. ("MUFG") has been timely and properly effected and/or waived through GLAS and MUFG's appearance in this proceeding or, in the alternative, (ii) granting Plaintiff an extension of time to serve process on MUFG and GLAS.

The basis for this Motion is set forth in the Opening Brief in Support of Plaintiff's Motion, which is being filed contemporaneously herewith.

*[Remainder of page intentionally left blank.]*

Dated: March 26, 2021

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: 302-574-3000
Facsimile: 302-574-3001
jody.barillare@morganlewis.com

| | |
|---|---|
| Sabin Willett (*pro hac vice*) | SEQUOR LAW, P.A. |
| Christopher L. Carter (*pro hac vice*) | Edward H. Davis, Jr. (*pro hac vice*) |
| One Federal Street | Fernando J. Menendez (*pro hac vice*) |
| Boston MA 02110 | Cristina Vicens Beard (*pro hac vice*) |
| Telephone: 617-341-7700 | 1111 Brickell Avenue, Suite 1250 |
| Facsimile: 617-341-7701 | Miami, FL 33131 |
| sabin.willett@morganlewis.com | Telephone: 305-372-8282 |
| jonathan.albano@morganlewis.com | Facsimile: 305-372-8202 |
| christopher.carter@morganlewis.com | edavis@sequorlaw.com |
| | fmenendez@sequorlaw.com |
| | cvicens@sequorlaw.com |

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1, the undersigned certifies that on March 15, 2021, counsel for Plaintiff conferred telephonically with counsel for MUFG and GLAS and, despite reasonable efforts, the parties were not able to reach agreement regarding the matters set forth in this Motion.

By: /s/ *Jody C. Barillare*
Jody C. Barillare (#5107)