# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA; PETRÓLEOS DE VENEZUELA, S.A.; PDV HOLDING, INC.; CITGO HOLDING, INC.; CITGO PETROLEUM CORPORATION; GLAS AMERICAS LLC, *in its capacity as collateral trustee*; MUFG UNION BANK, N.A., *in its capacity as indenture trustee*; ROSNEFT TRADING, S.A.; ORLANDO CHACIN; JESUS LUONGO; ANTON CASTILLO; and EULOGIO DEL PINO, <br><br> Defendants. | C.A. No. 19-cv-290-LPS |

**THIRD AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME LIMITATION FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF ITS MOTION FOR ENTRY OF AN ORDER (I) DECLARING THAT GLAS AMERICAS LLC AND MUFG UNION BANK N.A., HAVE BEEN TIMELY AND PROPERLY SERVED AND/OR WAIVED SERVICE THROUGH THEIR APPEARANCE IN THIS PROCEEDING, OR, IN THE ALTERNATIVE, (II) EXTENDING TIME TO EFFECT SERVICE**

WHEREAS, on April 13, 2021, the Court so-ordered the Stipulation And Order To Extend Time To Respond To Plaintiff's Motion For Entry Of An Order (I) Declaring That GLAS Americas LLC And MUFG Union Bank N.A., Have Been Timely And Properly Served And/Or Waived Service Through Their Appearance In This Proceeding, Or, In The Alternative, (II) Extending Time To Effect Service (the "Motion," D.I. 54), D.I. 56;

WHEREAS, on April 26, 2021, the Court so-ordered the Amended Stipulation And Order To Extend Time To Respond To Plaintiff's Motion, D.I. 57;

WHEREAS, on May 11, 2021, the Court so-ordered the Second Amended Stipulation To Extend Time And Page Limitation To Respond To Plaintiff's Motion, D.I. 62;

WHEREAS, on May 17, 2021, Defendants MUFG Union Bank, N.A. (the "Trustee") and GLAS Americas LLC (the "Collateral Agent") filed their answering brief in opposition to Plaintiff's Motion, D.I. 63, together with supporting declarations, D.I. 64, 65, 66 and 67; and

WHEREAS, to accommodate unanticipated scheduling conflicts on the part of Plaintiff's counsel in another matter, the parties have conferred and agreed to a brief further extension of time for Plaintiff to file a reply brief in further support of the Motion; and

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Plaintiff to file a reply brief in further support of the Motion is extended to and including June 4, 2021.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| MORGAN, LEWIS, & BOCKIUS LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: */s/ Jody C. Barillare*<br>Jody C. Barillare (#5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: 302-574-3000<br>Facsimile: 302-574-3001<br>jody.barillare@morganlewis.com | By: */s/ Daniel A. Mason*<br>Daniel A. Mason (#5206)<br>500 Delaware Avenue, Suite 200<br>Post Office Box 32<br>Wilmington, DE 19899-0032<br>Telephone: 302-655-4410<br>Facsimile: 302-655-4420<br>dmason@paulweiss.com |
| Sabin Willett (*pro hac vice*)<br>Christopher L. Carter (*pro hac vice*)<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617-341-7700<br>Facsimile: 617-341-7701<br>sabin.willett@morganlewis.com<br>christopher.carter@morganlewis.com | Walter Rieman (*pro hac vice*)<br>Jonathan Hurwitz (*pro hac vice*)<br>Shane D. Avidan (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: 212-373-3000<br>Facsimile: 212-757-3990<br>wrieman@paulweiss.com<br>jhurwitz@paulweiss.com<br>savidan@paulweiss.com |
| SEQUOR LAW, P.A.<br>Edward H. Davis, Jr. (*pro hac vice*)<br>Fernando J. Menendez (*pro hac vice*)<br>Cristina Vicens Beard (*pro hac vice*)<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131<br>Telephone: 305-372-8282<br>Facsimile: 305-372-8202<br>edavis@sequorlaw.com<br>fmenendez@sequorlaw.com<br>cvicens@sequorlaw.com | *Attorneys for Defendants MUFG Union Bank, N.A. and GLAS Americas LLC, in their respective capacities as Trustee and Collateral Agent, under the Indenture dated October 27, 2016, and the Pledge and Security Agreement dated October 28, 2016, governing PDVSA's Senior Secured Notes due 2020.* |
| *Attorneys for Plaintiff OI European Group B.V.* | |

Dated: May 26, 2021

 IT IS SO ORDERED, this_____day of May 2021.

 _____
 Honorable Leonard P. Stark