PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

500 DELAWARE AVENUE, SUITE 200, POST OFFICE BOX 32, WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

WRITER'S DIRECT DIAL NUMBER
(302) 655-4425

WRITER'S DIRECT E-MAIL ADDRESS
dmason@paulweiss.com

WRITER'S DIRECT FACSIMILE
(302) 261-7884

June 6, 2021

Mr. John A. Cerino
Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

    *OI European Group B.V.* v. *Bolivarian Republic of Venezuela, et al.*,
       C.A. No. 19-cv-290-LPS

VIA ELECTRONIC FILING

Dear Mr. Cerino:

  I enclose a corrected version of the Brief of Defendants MUFG Union Bank, N.A. and GLAS Americas LLC in Opposition to Plaintiff's Motion Respecting Service.  This corrected version resolves a formatting issue, which we first recognized today, that reduced the legibility of the version filed with the Court on May 17.  D.I. 63.  The content of the enclosed brief is unaltered.  We will take steps to avoid recurrence of this formatting issue in future filings in this and other matters before the Court.

       Respectfully submitted,

       */s/ Daniel A. Mason*
       Daniel A. Mason (#5206)

Enclosure
cc:  All Counsel of Record