IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, et al., <br><br> Defendants. | C.A. No.: 1:19-cv-00290-LPS |

**MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT BOLIVARIAN REPUBLIC OF VENEZUELA**

OF COUNSEL:

Joseph E. Neuhaus (*pro hac vice*)
James L. Bromley (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  212-558-4000
Facsimile:  212-558-3588
neuhausj@sullcrom.com
bromleyj@sullcrom.com

Dated:  April 28, 2023

A. Thompson Bayliss (#4379)
Stephen C. Childs (#6711)
ABRAMS & BAYLISS
20 Montchanin Road, Suite 200
Wilmington, Delaware  19807
Telephone:  302-778-1000
Facsimile:  302-261-0292
bayliss@abramsbayliss.com
childs@abramsbayliss.com

Pursuant to Local Civil Rule 83.7, Sullivan & Cromwell LLP and Abrams & Bayliss LLP respectfully move the Court to withdraw their appearance as counsel for Defendant Bolivarian Republic of Venezuela in this matter. Counsel for Plaintiff has advised that it opposes this motion unless and until substitute counsel appears in this case on behalf of Venezuela, and counsel for GLAS Americas LLC and MUFG Union Bank, N.A. has advised that they do not consent to the motion.[1]

Sullivan & Cromwell seeks to withdraw because its engagement as counsel to the Interim Government and the National Assembly of the Bolivarian Republic of Venezuela, headed by President Juan Guaidó, has ended. The specific reasons for the conclusion of that engagement are confidential under Delaware Rules of Professional Conduct Rule 1.6.

Abrams & Bayliss joins this motion because it lacks the subject-matter expertise and attorney and support staff resources to litigate this action (including any potential appeals) without assistance from national counsel. For example, Abrams & Bayliss does not have a federal regulatory practice and lacks expertise in the OFAC licensing and sanctions matters at issue in this litigation. *See* Oct. 4, 2022 Joint Status Report, at 4 (D.I. 74).

Delaware courts have granted motions for attorneys to withdraw where "withdrawal can be accomplished without material adverse effect on the interests of the client." *See Winter* v. *Richman*, 2020 WL 6940760, at *5 (D. Del. Nov. 25, 2020) (granting counsel's motion to withdraw where "no discovery requests or responses are pending, no depositions have been scheduled, no trial date has been set, and no motions remain pending"). Here, Sullivan & Cromwell and Abrams & Bayliss can withdraw without material adverse effect on the interests of

---

[1] Sullivan & Cromwell and Abrams & Bayliss understand that the Republic is currently seeking replacement counsel.

Venezuela given the current posture of this litigation and because this case has been stayed for more than three years. On December 12, 2019, the Court ordered that this matter be stayed "until completion of the Supreme Court proceedings in the *Crystallex Asset Proceeding* or further order of this or any other Court lifting the stay." *See* Dec. 12, 2019 Memorandum Order, at 17 (D.I. 34). Thereafter, on February 9, 2021, the Court ordered that the case "should move forward," granted "Plaintiff's motion for issuance of a letter rogatory to effect service of the complaint on PDVSA," and ordered "that, no later than 14 days after PDVSA has been served, the parties shall (having met and conferred) submit a joint status report, which shall include a proposed schedule for the filing and briefing of any motions to dismiss and any other forthcoming motions." *See* Feb. 9, 2021 Oral Order (D.I. 48). As of October 4, 2022, service upon PDVSA "remains pending," and "no further action has been taken in this proceeding since the entry of this Court's February 9 order." *See* Oct. 4, 2022 Joint Status Report, at 2 (D.I. 74).

In addition, PDVSA has indicated, that if it is served, it "will certainly move to dismiss OIEG's DUFTA complaint." *Id.* at 4. The Republic agreed with the position articulated by PDVSA. *See id.* at 6. Due to the longstanding stay and the fact that a motion to dismiss will be filed if the stay is lifted, the withdrawal of counsel for the Republic at this time will not cause any delay in the litigation or prejudice to Plaintiffs or the Republic.

Consistent with the requirements of Local Rule 83.7, the undersigned counsel have made the Republic aware of the filing of this motion. Sullivan & Cromwell and Abrams & Bayliss have previously been instructed by the Office of the Special Attorney General ("SAG") of the Republic, but we understand that the Office of the SAG is no longer operative and that the Asset Administration and Protection Commission is now the body with the power to retain new legal counsel. Gustavo Marcano is the head of Venezuela's Asset Administration and Protection

Commission. On February 23, 2023, Sullivan & Cromwell notified Mr. Marcano and certain former Venezuelan Interim Government officials by letter of the firm's intent to withdraw from representing Venezuela due to the conclusion of its engagement, and to advise them that Venezuela may wish to engage new counsel in this and other matters. (Decl. of Joseph E. Neuhaus ¶ 1.) On March 22, 2023, Mr. Marcano responded via email and provided an address in Florida to which the copy of this motion to withdraw could be sent, pursuant to Local Rule 83.7. (*Id.* ¶ 3.)

On April 4, 2023, Sullivan & Cromwell sent a draft of this motion to withdraw to Mr. Marcano via email and via certified mail to the address he had indicated. (Exhibit 1, Proof of Service.) As provided in Local Rule 83.7, this motion is being filed more than 14 days after notice was provided to the Republic.

WHEREFORE, the undersigned respectfully request that the Court grant the motion for Sullivan & Cromwell and Abrams & Bayliss to withdraw as counsel to Venezuela in this matter.

| | |
|---|---|
| */s/ Joseph E. Neuhaus* | */s/ A. Thompson Bayliss* |
| Joseph E. Neuhaus (*pro hac vice*) | A. Thompson Bayliss (#4379) |
| James L. Bromley (*pro hac vice*) | Stephen C. Childs (#6711) |
| SULLIVAN & CROMWELL LLP | ABRAMS & BAYLISS |
| 125 Broad Street | 20 Montchanin Road, Suite 200 |
| New York, New York 10004 | Wilmington, Delaware 19807 |
| Telephone: 212-558-4000 | Telephone: 302-778-1000 |
| Facsimile: 212-558-3588 | Facsimile: 302-261-0292 |
| neuhausj@sullcrom.com | bayliss@abramsbayliss.com |
| bromleyj@sullcrom.com | childs@abramsbayliss.com |

Dated: April 28, 2023