IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OI EUROPEAN GROUP B.V.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA, et al.,<br><br>　　　　　　Defendants. | C.A. No.: 1:19-cv-00290-LPS |

**DECLARATION OF JOSEPH E. NEUHAUS**

I, Joseph E. Neuhaus, pursuant to 28 U.S.C. § 1746, hereby declare:

1. On February 23, 2023, Sullivan & Cromwell LLP emailed a letter to Gustavo Marcano, the head of the Venezuelan Asset Administration and Protection Commission, which has the power to retain counsel on behalf of Venezuela, and certain former Venezuelan Interim Government officials, stating that we would be withdrawing from pending litigations, and to advise them that Venezuela may wish to engage new counsel in this and other matters.

2. On March 8 and 10, 2023, we wrote to Mr. Marcano and certain former Venezuelan Interim Government officials regarding a motion to withdraw in another case. On March 18, 2023, we wrote to Mr. Marcano, another member of the Commission, and the former Venezuelan Interim Government officials regarding our withdrawal in this and other cases.

3. On March 22, 2023, Mr. Marcano responded via email and provided an address in Florida to which the copy of this motion to withdraw could be sent pursuant to Local Rule 83.7.

4. On April 4, 2023, Sullivan & Cromwell sent a draft of this motion to withdraw to Mr. Marcano via email and via certified mail to the address he had indicated.

I declare under penalty of perjury that the foregoing is correct to the best of my knowledge, information, and belief.

Dated: New York, New York
April 28, 2023

    */s/ Joseph E. Neuhaus*
Joseph E. Neuhaus
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  212-558-4000
Facsimile:  212-558-3588
neuhausj@sullcrom.com