**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OI EUROPEAN GROUP B.V., <br><br>         Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, et al., <br><br>         Defendant. | C.A. No.: 1:19-cv-00290-LPS |

## RULE 7.1.1 CERTIFICATE

I hereby certify that, on April 17, 18, and 28, 2023, Delaware counsel for plaintiff OI European Group B.V. ("OIEG") and defendants GLAS Americas LLC ("GLAS") and MUFG Union Bank, N.A. ("MUFG") communicated, in writing and via telephone, with Abrams & Bayliss LLP in an attempt to reach a resolution regarding the attached Motion to Withdraw as Counsel for Defendant Bolivarian Republic of Venezuela. Counsel for OIEG has advised that OIEG opposes this motion unless and until substitute counsel appears in this case on behalf of Venezuela, and counsel for GLAS and MUFG has advised that they do not consent to the motion.

Respectfully submitted,

OF COUNSEL:

Joseph E. Neuhaus (*pro hac vice*)
James L. Bromley (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  212-558-4000
Facsimile:  212-558-3588
neuhausj@sullcrom.com
bromleyj@sullcrom.com

*/s/ Stephen C. Childs*
A. Thompson Bayliss (#4379)
Stephen C. Childs (#6711)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware  19807
(302) 778-1000
bayliss@abramsbayliss.com
childs@abramsbayliss.com

Dated: April 28, 2023